UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                   )
                                         )        Bankruptcy No. 15-13002
WILLIAM D. CROCKETT,                     )        Chapter 13
                                         )        Judge Donald R. Cassling
                  Debtor.                )        (Kane County)
                                         )

**OBJECTION TO CONFIRMATION OF PLAN FILED ON APRIL 21, 2015**

NOW COMES creditor, Joseph Dispensa, Jr. ("Creditor"), by and through his attorney, Michael W. Huseman of Dreyer, Foote, Streit, Furgason, & Slocum, P.A., and for his Objection to Confirmation of Plan filed on April 21, 2015, hereby states as follows:

1.      On September 17, 2014, creditor served debtor with a citation to discover assets (the "Citation") in the state court case titled "Joseph Dispensa, Jr. v. William Crockett, Kane Count Case No. 2009 L 262."  The citation was continued from time to time and remained pending on the date that debtor filed bankruptcy.

2.      On April 13, 2015, debtor filed the above-captioned bankruptcy case.

3.      By virtue of the Citation, creditor maintains a lien on all of debtor's non-exempt personal property.

4.      On April 27, 2015, creditor filed a bifurcated claim in the secured amount of $12,982.83 and in the unsecured amount of $113,989.45.  The amount of creditor's secured claim corresponds with the value of the non-exempt personal property listed on debtor's Schedule B.

5.      The Plan filed on April 21, 2015 fails to address creditor's secured claim.

WHEREFORE, creditor, Joseph Dispensa, Jr., moves for the entry of an Order

Denying Confirmation of the Chapter 13 plan filed on April 21, 2105, and for such other

and further relief deemed fair and reasonable by this Honorable Court.


By /s/  Michael W. Huseman


Michael W. Huseman
Attorney #06280259
DREYER, FOOTE, STREIT,
FURGASON & SLOCUM
1999 West Downer Place
Aurora, IL 60506
Tele: 630/897-8764
Fax:  630/897-1735
mhuseman@dreyerfoote.com