UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-13002
William D. Crockett )
)
) Chapter: 13
)
)
)
Debtor(s) )

## ORDER AVOIDING JUDICIAL LIEN OF JOSEPH DISPENSA

This matter is before the Court on the Debtor's Motion to Avoid the Judicial Lien of Joseph Dispensa pursuant to 11 U.S.C. § 522(f), the Court having jurisdiction and due notice having been given, IT IS HEREBY ORDERED as follows:

The judicial lien of Joseph Dispensa on the property known as 2245 Lakeside, Aurora, Illinois, for $126,972.28, is avoided in the amount of $104,025.31, the extent to which it impairs the Debtor's homestead exemption. The balance of $22,946.97 remains as a lien.

Dated: 6/24/15

Enter:

United States Bankruptcy Judge

Rev: 20120209_bko